# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR 212-23, 212-24**
   **USA v. Stephen Keating**
TITLE

DATE  **9/5/13**

TIMES  **2:05 - 2:51**

TOTAL  **46 min**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**      Courtroom Deputy : **Elizabeth M. Nelson**

Court Reporter : **Norma Hatfield**      Interpreter :

| Attorney for | Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Jenna Solari | | Nathaniel Merritt | |

PROCEEDINGS :  **Sentencing (restitution portion continued)**

☑ In Court
☐ In Chambers

 On July 29, 2013 we sentenced Mr. Keating and adjourned to consider and hear the issue
 of restitution for the minors.
 Government recalls Dr. Diana Walther 2:10 - 2:27
 The Court has read and reviewed the supplemental sentencing memorandums submitted
 by the government.
 Defense cross examination 2:27 - 2:33; witness excused
 Court - the written objections filed went to two issues - the proposed restitution amount for
 the adult victims (withdrawn) and the future restitution amounts for JJ and EJ (the two
 minors).
 Defense argument re the future restitution for the minors 2:35 - 2:38; government 2:38 -
 2:42; defendant 2:42
 Court: the evidence presented for the minor victims re future losses is credible and conservative
 and establishes by a preponderance that $625,300 for JJ and the same amount for the minor
 EJ.  When the future loss amounts are added to the established restitution it comes to a total
 $1,284,363.94 (inclusive of all victims).  Economic circumstances to not allow for the full
 payments - while in custody, a minimum of 80% of any payment received from retirement,

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR 212-23, 212-24**　　　　　　　　　　　DATE **9/5/13**

TITLE **USA v. Stephen Keating**

PROCEEDINGS (continued): **Sentencing (restitution portion continued)**

pension or social security amount and nominal payments of either $25 monthly if working
non UNICOR and and min of 50% of earnings if UNICOR: upon release $500 per month.
JJ total amount $634,885.40; EJ total amount $634,220.40; Jessica Johns $1138.65;
Lisa Keating 14,461.49; the addendum to the judgment that identifies the victims shall
be sealed; no interest
No other objections
defense - 401k account still outstanding and in divorce proceedings;
government - interested in collecting money from this account;
Court - counsel is to meet and confer on an agreed upon order re this account and present to
the Court.